Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 19 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOREN THOMAS BACON and<br>OPAL ANN MCCLURE,<br><br>Defendants. | 2:22-CR-83-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 472<br>Passing of Counterfeit<br>Currency<br>(Counts 1-4)<br><br>18 U.S.C. § 492, 18 U.S.C. §<br>982(a)(2)(B), 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about March 9, 2019, in the Eastern District of Washington, the Defendants, LOREN THOMAS BACON and OPAL ANN MCCLURE, with the intent to defraud, passed two (2) falsely made, forged, and counterfeit $50 Federal Reserve Notes bearing serial number ME36118668A, which the Defendants, LOREN THOMAS BACON and OPAL ANN MCCLURE, knew to be falsely

INDICTMENT – 1

made, forged, and counterfeit, to the Super Wash Laundromat, located at 1632 W. 2nd Ave., Spokane, WA, 99201, in violation of 18 U.S.C. §§ 472, 2.

## COUNT 2

On or about March 11, 2019, in the Eastern District of Washington, the Defendant, LOREN THOMAS BACON, with the intent to defraud, passed one (1) falsely made, forged, and counterfeit $50 Federal Reserve Note bearing serial number ME36118668A, which the Defendant, LOREN THOMAS BACON, knew to be falsely made, forged, and counterfeit, to Bloem.Flowers.Chocolates.Paperie, located at 808 W Main Ave, Spokane, WA, 99201, in violation of 18 U.S.C. § 472.

## COUNT 3

On or about April 5, 2019, in the Eastern District of Washington, the Defendant, LOREN THOMAS BACON, with the intent to defraud, passed one (1) falsely made, forged, and counterfeit $50 Federal Reserve Note bearing serial number MA13101059A, which the Defendant, LOREN THOMAS BACON, knew to be falsely made, forged, and counterfeit, to the Freeman Store, located at 14510 S. Highway 27, Valleyford, WA, 99306, in violation of 18 U.S.C. § 472.

## COUNT 4

On or about April 10, 2019, in the Eastern District of Washington, the Defendant, LOREN THOMAS BACON, with the intent to defraud, passed one (1) falsely made, forged, and counterfeit $50 Federal Reserve Note bearing serial

INDICTMENT – 2

number ML13458663B, which the Defendant, LOREN THOMAS BACON, knew to be falsely made, forged, and counterfeit, to the Jarms Ace Hardware, located at 6 Cheney Spokane Rd, Cheney, WA, 99004, in violation of 18 U.S.C. § 472.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of an offense in violation of 18 U.S.C. §§ 472, 2, as set forth in this Indictment, the Defendants LOREN THOMAS BACON and OPAL ANN MCCLURE, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation.

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 472, 2, as set forth in this Indictment, the Defendants, LOREN THOMAS BACON and OPAL ANN MCCLURE shall forfeit to the United States of America, all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. § 472; and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendant without proper authority.

INDICTMENT – 3

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) or 28 U.S.C. § 2461(c).

DATED this 7th day of July, 2022.

/s/ Vanessa Waldref
Vanessa R. Waldref
United States Attorney

/s/ R. R. Barker
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 4