# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Bacon, Loren Thomas | Docket No. | 0980 2:22CR00083-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Loren Thomas Bacon, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 13th day of December 2022, and January 26, 2023, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, Unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition # 13:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 3, and 27, 2023, Mr. Bacon's conditions of pretrial release were reviewed and he signed said conditions acknowledging he understood his requirements.

**Violation #1:** It is alleged that Mr. Bacon violated the conditions of pretrial release by using methamphetamine on or about February 5, 2023.

**Supporting evidence:** Specifically, on February 8, 2023, Mr. Bacon provided a urinalysis that tested presumptive positive for methamphetamine. Thereafter, Mr. Bacon admitted to a U.S. probation officer, and via a signed document, that he last used methamphetamine on or about February 5, 2023.

**Violation # 2:** It is alleged that Mr. Bacon violated the conditions of pretrial release by consuming alcohol on or about February 5, 2023.

**Supporting evidence:** Specifically, on February 7, 2023, the undersigned received a telephone call from Mr. Bacon and a substance abuse counselor from the Spokane Tribe of Indians. The counselor informed the undersigned that he could smell alcohol emitting from Mr. Bacon's person. Mr. Bacon opined that prior to this appointment he used vodka to rinse his mouth out and brush his teeth, but was not consuming alcohol. On February 8, 2023, Mr. Bacon reported to the pretrial office as directed. At this time he again stated that he did not consume alcohol on February 7; however, he did admit to a U.S. probation officer that he did consume 1 shot of vodka on February 5, 2023.

PRAYING THAT THE COURT WILL ORDER NO ACTION

PS-8
Re: Bacon, Loren Thomas
February 16, 2023
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   February 16, 2023 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/23/2023

Date