PROB 12C
(6/16)

Report Date: August 29, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 05, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Loran Thomas Bacon | Case Number: 0980 2:22CR00083-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Wellpinit, Washington 99040 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: August 16, 2023 | |
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 |
| Original Sentence: Prison - 49 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Richard R. Barker | Date Supervision Commenced: August 16, 2023 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: August 15, 2026 |

## PETITIONING THE COURT

**To issue a WARRANT**.

On August 23, 2023, the conditions of supervision were reviewed with Mr. Bacon relative to his judgment in case number 2:22CR00083-TOR-1. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Bacon is in violation of his conditions of supervised release by using methamphetamine on or around August 22 and 26, 2023. |
| | On August 24, 2023, Mr. Bacon reported to the probation office. When a urinalysis test was requested, Mr. Bacon admitted to the use of methamphetamine on or around August 22, 2023, via written and verbal statements. |
| | On August 28, 2023, Mr. Bacon reported to the probation office. When a urinalysis test was requested, he again admitted to the use of methamphetamine on or around August 26, 2023, via written and verbal statement |

Prob12C
Re: Bacon, Loran Thomas
September 5, 2023
Page 2

2  **Standard Conditions #6:** You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

**Supporting Evidence:** Mr. Bacon is alleged to be in violation of his conditions of supervised release by failing to be available for scheduled home visits on August 25, and September 1, 2023.

On August 24, 2023, Mr. Bacon was in the U.S. Probation Office where he was advised a home visit would be conducted at his address of record the following day, August 25, 2023. When the undersigned officer visited his residence, his niece advised that Mr. Bacon had left a few hours prior to this officer's arrival and she did not know where he went. Around 5:30 p.m. that day, Mr. Bacon sent this officer a text message stating he was "working in the woods."

On August 28, 2023, Mr. Bacon was again in the probation office where he was again directed to be home at 9 a.m. on September 1, 2023, so a home visit could be conducted. On September 1, 2023, the undersigned officer contacted his niece who again informed the undersigned officer that Mr. Bacon was not home. She advised Mr. Bacon was at the house the day prior, but left and never returned. Approximately 1 hour later, the undersigned officer spoke with Mr. Bacon who advised that he was in Spokane. Mr. Bacon is prohibiting the undersigned from visiting him at his home per the conditions of his supervision.

3  **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of the change or expected change.

**Supporting Evidence:** It is alleged Mr. Bacon is in violation of his conditions of supervised release by failing to disclose to the undersigned officer a change in his living situation or anything about his living arrangements since August 23, 2023.

On August 23, 2023, Mr. Bacon was terminated from the Pura Vida house and he informed the undersigned officer that he would be staying with his niece and provided her address as the residence where he would be staying going forward. On September 1, 2023, when the undersigned officer attempted to contact Mr. Bacon at the residence, the undersigned officer was informed that Mr. Bacon has only stayed at the residence a couple of times. His niece was contacted again on September 5, 2023, to see if Mr. Bacon had returned to the residence and she advised she had not seen him.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
Re: Bacon, Loran Thomas
September 5, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 5, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

September 5, 2023
Date