PROB 12C
(6/16)

Report Date: October 10, 2023

# United States District Court

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Loran Thomas Bacon | Case Number: 0980 2:22CR00083-TOR-1 |
| Address of Offender: | , Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 16, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 49 days;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | August 16, 2023 |
| Defense Attorney: | John Steven Roberts, Jr. | Date Supervision Expires: | August 15, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/05/2023.

On August 23, 2023, the conditions of supervision were reviewed with Mr. Bacon relative to his judgment in case number 2:22CR00083-TOR-1. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged, on or about August 26, 2023, Mr. Bacon violated his conditions of supervised release by committing third degree theft - shoplifting (attempted), in violation of R.C.W. 9A.56.050.<br><br>According to a police report filed by the Spokane County Sheriff's Office for case number 2023-91001120, on August 26, 2023, a male (later identified as Loran Bacon ) and a female parked in a disabled parking space at Mel's, a clothing store located in Spokane, Washington. Mr. Bacon was driving a green Pontiac Grand Prix.<br><br>Mr. Bacon got out of the vehicle, entered the store, and grabbed several articles of clothing. He left the store without paying and started loading the items into his vehicle. A customer began taking photos of the theft and Mr. Bacon then dropped the items, got into his vehicle and fled the area. |

Prob12C
Re: Bacon, Loran Thomas
October 10, 2023
Page 2

The owner of the store indicated that approximately $600 worth of items was attempted to be stolen, but were recovered. A photo was observed by the officer who saw Mr. Bacon with several items of clothing in his hand near his vehicle.

Mr. Bacon was previously contacted by law enforcement in the same vehicle and the officer used a recent booking photo to identify him as the suspect. Probable cause was developed to charge Mr. Bacon with third degree theft (attempted).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 10, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

October 10, 2023

Date