PROB 12C
(6/16)

Report Date: March 24, 2025

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2025

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Loran Thomas Bacon | Case Number: 0980 2:22CR00083-TOR-1 |
| Address of Offender: ███████████ | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 16, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 49 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (October 12, 2023) | Prison - 6 months; TSR - 30 months | | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | March 7, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | September 6, 2026 |

**PETITIONING THE COURT**

To issue a summons.

On March 11, 2024, an officer reviewed the conditions of supervision with Mr. Bacon. He signed a copy of his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Bacon violated his conditions of supervised release by using a controlled substance, methamphetamine, on or around February 17, 2025. |
| | On February 19, 2025, a urinalysis test was collected at Mr. Bacon's residence. The sample yielded a presumptive positive finding for the presence of methamphetamine. Initially, Mr. Bacon denied using any methamphetamine, but later admitted "taking a hit" of methamphetamine on or around February 17, 2025. |

Prob12C
Re: Bacon, Loran Thomas
March 24, 2025
Page 2

2   **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Bacon violated his conditions of supervised release by using a controlled substance, fentanyl, on or around March 10, 2025.

On March 10, 2025, Mr. Bacon reported to the U.S. Probation Office for a random urinalysis test. The sample yielded a presumptive positive finding for the presence of fentanyl. The contract laboratory confirmed the presence of fentanyl. Mr. Bacon denies any use of fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 24, 2025

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

March 24, 2025
Date