PROB 12C
(6/16)

Report Date:  April 6, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 07, 2026**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision ECF No. 198

Name of Offender: Loran Thomas Bacon                    Case Number: 0980 2:22CR00083-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 16, 2023

| | |
|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 49 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 12, 2023) | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: March 7, 2024 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: September 6, 2026 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 3/24/25.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Loran Bacon violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about March 11, 2026.

On March 16, 2026, Mr. Bacon's treatment provider, Spokane Addiction and Recovery Centers (SPARC), advised the undersigned officer that a urinalysis was collected on March 11, 2026, which was sent to the lab for testing.  A lab report was received confirming the presence of methamphetamine and its metabolite amphetamine.

Prob12C

**Re: Bacon, Loran Thomas**
**April 6, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/06/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

April 7, 2026

Date