PROB 12C
(6/16)

Report Date:  May 19, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2026

SEAN F. McAVOY, CLERK  ECF No. 212

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Loran Thomas Bacon                Case Number: 0980 2:22CR00083-TOR-1

Address of Offender: ██████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 16, 2023

Original Offense:        Passing of Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:       Prison - 49 days;              Type of Supervision: Supervised Release
                         TSR - 36 months

Revocation Sentence:     Prison - 6 months;
(10/12/2023)             TSR - 30 months

Asst. U.S. Attorney:     Allison Gregoire             Date Supervision Commenced: March 7, 2024

Defense Attorney:        Nathan Poston                Date Supervision Expires: September 6, 2026

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on March 24, 2025, and April 6, 2026.

On March 11, 2024, an officer reviewed the conditions of supervision with Mr. Bacon. He signed a copy of his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Loran Bacon violated the terms of his supervised release by failing to submit to a urinalysis, on or about May 14, 2026.

Loran Bacon is enrolled in random drug testing with Pioneer Human Services (PHS).  He is expected to call the drug testing line daily to determine if he is expected to appear for testing that same day.

Prob12C

**Re: Bacon, Loran Thomas**
**May 19, 2026**
**Page 2**

On May 14, 2026, Mr. Bacon was expected to submit to a random urinalysis at PHS. Although Mr. Bacon appeared at PHS on May 14, 2026, he did not provide a urine sample, indicating he was unable to do so due to needing to have a bowel movement.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/19/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[×]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

May 20, 2026

Date